```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23377
    STEVE BIRGANS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER


         Debtor
    SSN XXX-XX-7479


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/13/2007 and was not confirmed.

    The case was dismissed without confirmation 04/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AFNI INC                   UNSECURED      NOT FILED           .00            .00
ALLIED INTERSTATE          UNSECURED      NOT FILED           .00            .00
ALLIED INTERSTATE          UNSECURED      NOT FILED           .00            .00
METROPOLITAN AUTO          UNSECURED      NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED         2500.00          .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
VERIZON WIRELESS           UNSECURED      NOT FILED           .00            .00
CITY OF BRIDGEVIEW         UNSECURED      NOT FILED           .00            .00
ILLINOIS STATE TOLL HIGH   UNSECURED         4263.00          .00            .00
CITY OF CHICAGO PARKING    UNSECURED         6848.00          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          178.42          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,493.00                     392.84
TOM VAUGHN                 TRUSTEE                                         34.16
DEBTOR REFUND              REFUND                                          35.18

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              462.18

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                              392.84
TRUSTEE COMPENSATION                         34.16

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23377 STEVE BIRGANS
```

```
DEBTOR REFUND                                                    35.18
                                      ---------------   ---------------
TOTALS                                         462.18            462.18
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 07/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |